**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTRON INNOVATIONS, INC., | No. C06-06474 MJJ |
| Plaintiff, | **ORDER RE RESPONSE TO APPLICATION FOR TRO** |
| v. | |
| HELICOPER WORLD, INC., | |
| Defendant. | |

Pending before the Court is Plaintiffs Textron Innovations, Inc. and Bell Helicopter Textron, Inc.'s Application for a Temporary Restraining Order. To facilitate the Court's ruling on Plaintiffs' Application for a TRO, the Court will allow Defendant to file a Response to Plaintiffs' Application by 5:00 p.m., on October 18, 2006.[1] Plaintiff shall immediately serve a copy of this Order on Defendant.[2]

**IT IS SO ORDERED.**

Dated: 10/18/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] In addition to filing its Response, Defendant may fax a copy to chambers at (415) 522-2184.

[2] The Court will contact the parties to discuss how it will proceed.