```
 1  KENT B. GOSS (State Bar No. 131499)
    VALERIE M. GOO (State Bar No. 187334)
 2  CHRISTOPHER J. CHAUDOIR (State Bar No. 198444)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 3  777 S. Figueroa Street, Suite 3200
    Los Angeles, California  90017-5855
 4  Telephone: 213-629-2020
    Facsimile: 213-612-2499
 5  kgoss@orrick.com
    vgoo@orrick.com
 6  cchaudoir@orrick.com

 7  Attorneys for Plaintiffs
    TEXTRON INNOVATIONS INC. and
 8  BELL HELICOPTER TEXTRON INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TEXTRON INNOVATIONS INC., a Delaware corporation; BELL HELICOPTER TEXTRON INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HELICOPTER WORLD INC., dba CENTURY HELICOPTER PRODUCTS, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  C 06-06474 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE PRELIMINARY INJUNCTION** |

WHEREAS, plaintiffs Textron Innovations Inc. ("TII") and Bell Helicopter Textron Inc. ("Bell Helicopter") have filed an action in the above-entitled Court for *inter alia* for trademark and trade dress infringement, breach of contract, unjust enrichment, and an accounting against defendant Helicopter World Inc. dba Century Helicopter Products ("Helicopter World"); and

WHEREAS, TII and Bell Helicopter own the federal registered trademarks for the marks, BELL, JETRANGER, LONGRANGER, COBRA, HUEY, 222 and 47 (the "Trademarks");

WHEREAS, TII and Bell Helicopter own the trade dress in the non-functional unique design of the Bell Jetranger, Bell Longranger, Bell 222 and Bell 47, Cobra and Huey helicopters (the "Trade Dress"); and

WHEREAS, the Court issued a temporary restraining order against Helicopter World on October 18, 2006; and

WHEREAS, the Court set for hearing for an order to show cause re Preliminary Injunction for October 27, 2006; and

WHEREAS, the parties to the above-entitled action have mutually agreed to the terms of a Preliminary Injunction without a bond or other security.

NOW THEREFORE, it is hereby STIPULATED AND AGREED that Helicopter World, together with their officers, directors, agents, affiliates, servants, employees and attorneys, and those in active concert or participation with each of them, shall be and are hereby RESTRAINED AND ENJOINED, pending final judgment or settlement of this action, from:

1. manufacturing, producing, importing, distributing, advertising, selling, offering for sale, moving, or otherwise disposing of, any product bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of the Trademarks or Trade Dress;

2. using any simulation, reproduction, counterfeit, copy, or colorable imitation of any of the Trademarks or Trade Dress;

3. using any false designation of origin or false description that can or is likely to lead the trade, public or individual members thereof to believe that any product manufactured, distributed, or sold by Helicopter World is in any manner associated or connected with TII or Bell Helicopter, or is sold, manufactured, licensed, sponsored or approved or authorized by TII or Bell Helicopter;

4. engaging in any other activity constituting an infringement of any of the Trademarks or Trade Dress or otherwise unfairly competing with TII and Bell Helicopter;

5. destroying, modifying, disposing of, concealing, or moving product or

|   |   |
|---|---|
| 1 | merchandise (including those in electronic formats) that bear any of the Trademarks or |
| 2 | incorporate any of the Trade Dress or that infringe any of the Trademarks or Trade Dress, and any |
| 3 | documents (including those in electronic formats) or other tangible things that discuss, describe, |
| 4 | mention or relate to such products or merchandise. |
| 5 | **IT IS SO STIPULATED.** |
| 6 |  |
| 7 | Dated: October 26, 2006        ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 |  |
| 9 |  |
| 10 | KENT B. GOSS |
| 11 | VALERIE M. GOO<br>CHRISTOPHER J. CHAUDOIR |
| 12 | Attorneys for Plaintiffs |
| 13 | TEXTRON INNOVATIONS, INC. and<br>BELL HELICOPTER TEXTRON INC. |
| 14 |  |
| 15 | Dated: October ___, 2006        ERIC F. HARTMAN LAW OFFICES |
| 16 |  |
| 17 |  |
| 18 | ERIC F. HARTMAN |
| 19 |  |
| 20 | Attorneys for Defendant<br>HELICOPTER WORLD dba CENTURY |
| 21 | HELICOPTER PRODUCTS |
| 22 | **IT IS SO ORDERED.** |
| 23 |  |
| 24 | Dated: October ___, 2006 |
| 25 |  |
| 26 | United States District Judge |
| 27 |  |
| 28 |  |

merchandise (including those in electronic formats) that bear any of the Trademarks or incorporate any of the Trade Dress or that infringe any of the Trademarks or Trade Dress, and any documents (including those in electronic formats) or other tangible things that discuss, describe, mention or relate to such products or merchandise.

IT IS SO STIPULATED.

Dated: October ___, 2006

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
KENT B. GOSS
VALERIE M. GOO
CHRISTOPHER J. CHAUDOIR

Attorneys for Plaintiffs
TEXTRON INNOVATIONS, INC. and
BELL HELICOPTER TEXTRON INC.

Dated: October 26, 2006

ERIC F. HARTMAN LAW OFFICES

_____
ERIC F. HARTMAN

Attorneys for Defendant
HELICOPTER WORLD dba CENTURY
HELICOPTER PRODUCTS

IT IS SO ORDERED.

Dated: October 26, 2006

_____
United States District Judge