KENT B. GOSS (State Bar No. 131499)
VALERIE M. GOO (State Bar No. 187334)
CHRISTOPHER J. CHAUDOIR (State Bar No. 198444)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:    213-629-2020
Facsimile:    313-612-2499
kgoss@orrick.com
vgoo@orrick.com
cchaudoir@orrick.com

Attorneys for Plaintiffs
TEXTRON INNOVATIONS INC. AND BELL HELICOPTER
TEXTRON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TEXTRON INNOVATIONS INC., a Delaware corporation; BELL HELICOPTER TEXTRON INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>HELICOPTER WORLD INC. dba CENTURY HELICOPTER PRODUCTS, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C 06 06474-MJJ<br><br>Honorable Martin J. Jenkins<br>United States District Court Judge<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE;** ~~(PROPOSED)~~ **ORDER** |

WHEREAS, this Court has ordered that the above referenced matter be mediated pursuant to Alternative Dispute Resolution Local Rule 6 before a JAMS mediator;

WHEREAS, the mediation completion date is currently set for April 5, 2007;

WHEREAS, the parties to the dispute have been involved in active settlement discussions and believed that those discussions would obviate the need for private mediation;

1   WHEREAS, the parties now believe that private mediation will aid in the resolution of the
2   action;
3   WHEREAS, the fees and costs associated with a mediation conducted by JAMS are cost
4   prohibitive;
5   WHEREAS, the parties have agreed that Tom Denver of Mediation Masters is well suited
6   to mediate this action;
7   WHEREAS, the parties will schedule a date for mediation with Tom Denver to occur no
8   later than May 15, 2007; and
9   WHEREAS, the parties will continue to engage in settlement discussions prior to
10  mediation, and if unsuccessful, will attempt to resolve all disputes at issue in this action, in their
11  entirety, at the mediation;
12  IT IS HEREBY STIPULATED AND AGREED by and between the parties through their
13  respective attorneys of record, this Honorable Court consenting, that:
14  1.  The date by which to conduct private mediation shall be continued from April 5,
15  2007 to and including May 25, 2007.

Dated: April 5, 2007                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        _____
                                        Valerie M. Goo
                                        Attorneys for Plaintiffs
                                        TEXTRON INNOVATIONS, INC. AND
                                        BELL HELICOPTER TEXTRON, INC.

Date: April 5, 2007                     LAW OFFICES OF ERIC F. HARTMAN

                                        _____
                                        Eric F. Hartman
                                        Attorneys for Defendant
                                        HELICOPTER WORLD INC. dba CENTURY
                                        HELICOPTER PRODUCTS

1 **ORDER**

2   Based upon the above Stipulation of the parties, and good cause appearing therefor, IT IS

3 HEREBY ORDERED that the date by which to conduct private mediation in this action shall be

4 continued from ___4/5/07___ to and including _5/25/07_.

5 DATED: April 10, 2007

6

7 _____
Honorable Martin J. Jenkins
8 United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28